# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60409-CIV-SINGHAL/VALLE

RICARDO SABATER, etc.,

    Plaintiff,

vs.

AMERICAN JOURNEY (PET), LLC, et al.,

    Defendants.
_____/

## MEDIATION REPORT

In accordance with S.D. Fla. L. R. 16.2(f), the undersigned mediator reports that on October 27, 2021, a mediation conference was held using the Zoom videoconferencing platform, all required parties participated, but the parties did **not** reach an agreement to settle the case.

Dated:  October 27, 2021  
         Miami, Florida

Respectfully submitted,

   s/   Brian F. Spector  
Brian F. Spector  
brian@bspector.com  
BRIAN F. SPECTOR, LLC  
13551 S.W. 57th Court  
Miami, Florida 33156-7235  
Telephone 305.666.1664

*"No certificate of service is required  
when a paper is served by filing it with  
the court's electronic-filing system." Fed.R.Civ.P. 5(d)(1)(B).*

**Brian F. Spector, LLC ♦ 13551 S.W. 57th Court ♦ Miami, Florida 33156-7235  
Tel 305.666.1664 ♦ Cell 305.613.5200 ♦ brian@bspector.com**