UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-60409

RICARDO SABATER, on behalf of
himself and all others similarly situated,

      Plaintiff,

v.

AMERICAN JOURNEY (PET), LLC, and
CHEWY, INC.,

      Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ricardo Sabater, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntary dismissed in its entirety with prejudice.

DATE:  November 29, 2021　　　　　　　　　　Respectfully submitted,

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**

*/s/ Rachel Soffin*
Rachel Soffin (FL Bar No. 18054)
Jonathan B. Cohen (FL Bar No. 27620)
First Horizon Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
rsoffin@milberg.com
jcohen@milberg.com

1

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
Daniel K. Bryson**
J. Hunter Bryson*
900 W. Morgan St.
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
dbryson@milberg.com
jbryson@milberg.com

*Counsel for Plaintiff and the Putative Class*

**Pro hac vice* admission*

***Pro hac vice* forthcoming*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 29th day of November, 2021, I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which sent a notice of electronic filing to all counsel of record.

*/s/ Rachel Soffin*
Rachel Soffin (FL Bar No. 18054)