UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60409-CIV-SINGHAL/VALLE

RICARDO SABATER, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

AMERICAN JOURNEY (PET), LLC and
CHEWY, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE [76]). The Court having reviewed the Notice and the docket, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** and shall remain closed.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of November 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF